PRISM TECHNOLOGIES LLC, Plaintiff–Appellee,

v.

VERISIGN, INC., Defendant–Appellant,

and

RSA Security, Inc., Netegrity, Inc., Computer Associates International, Inc., and Johnson & Johnson Services, Inc., Defendants.

No. 2009–1061.

United States Court of Appeals, Federal Circuit.

Jan. 22, 2009.

ON MOTION

*ORDER*

Upon consideration of VeriSign, Inc.'s unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.